**Todd M. Friedman, Esq. (216752)**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**369 S. DOHENY DR. #415**
**BEVERLY HILLS, CA 90211**
**877 206-4741**
**866 633-0228 facsimile**
**tfriedman@AttorneysForConsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANNETTE HYDE,** ) | Case No. 1:09-CV-01357-OWW-GSA |
| ) | |
| Plaintiff, ) | **PLAINTIFF'S REQUEST FOR** |
| ) | **DISMISSAL WITHOUT PREJUDICE** |
| vs. ) | |
| ) | |
| **MARAUDER CORPORATION,** ) | |
| ) | |
| Defendant. ) | |

**NOW COMES THE** Plaintiff, by and through her attorney, to respectfully notify the court that Plaintiff hereby motions to the court that this matter be dismissed without prejudice.

Dated: November 18, 2009         By: s/Todd M. Friedman
                                                          Todd M. Friedman, Esq.
                                                          Attorney for Plaintiff

       IT IS HEREBY ORDERED that the Plaintiff's motion to dismiss this case with prejudice is hereby granted.

Dated:                                                 _____
                                                          The Honorable Oliver W. Wanger

Notice of Dismissal - 1

Filed electronically on this 18th day of November, 2009, with:

United States District Court CM/ECF system

And hereby served upon all parties

By: s/Todd M. Friedman
     Todd M. Friedman